# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 21-143-1** |
| | : | |
| **KENNETH FERRETTI** | : | |

## O R D E R

**AND NOW**, this 4th day of April, 2023, upon consideration of the Defendant's Unopposed Motion for Extension of Self-Surrender Date, and it appearing that the interests of justice would be served by such an extension, it is hereby **ORDERED** that the Motion is **GRANTED**. The defendant is hereby ordered to surrender to the facility designated by the United States Bureau of Prisons by 2:00 p.m., on June 30, 2023.

BY THE COURT:

/s/ Cynthia M. Rufe, J.
**THE HONORABLE CYNTHIA M. RUFE**
**Senior United States District Court Judge**